AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__Western__ DISTRICT OF __Texas__

FILED
AUG 1 5 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CLINTON UDET PINCKERT

**CRIMINAL COMPLAINT**

07-M-4032G

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 14, 2007__ in __El Paso__ county, in the __Western__ District of __Texas__ defendant did, (Track Statutory Language of Offense)

willfully interfere with, intent to endanger the safety of a person/persons or with a reckless disregard for the safety of human life, a person engaged in the authorized operation of such aircraft or any air navigation facility aiding in the navigation of any such aircraft; and willfully interfere with a flight crew member or attendant on an aircraft in the special aircraft jurisdiction of the United States who, by assaulting or intimidating a flight crew member or flight attendant of the aircraft, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or attendant to perform those duties.

in violation of Title __18/49__ United States Code, Section(s) __32(a)(5)/46504__ .

I further state that I am a __Federal Air Marshal of the Transportation Security Administration__ and that this complaint is based on the following facts:
*Official Title*

See attached probable cause statement hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Julius C. Matus
Federal Air Marshal
Joint Terrorism Task Force - FBI

AUSA -Juanita Fielden
Sworn to before me and subscribed in my presence,

__August 15, 2007__ at __El Paso, Texas__
Date                                                                City and State

__Norber J. Garney, United States Magistrate Judge__
Name & Title of Judicial Officer

Signature of Judicial Officer

## PROBABLE CAUSE STATEMENT

1.  I, Julius C. Matus, hereinafter referred to as Complainant, am a Federal Air Marshal with the Transportation Security Administration assigned to the El Paso Joint Terrorism Task Force, and assigned to investigate violations of Federal Criminal Law, to include offenses against aircraft.

2.  On August 14, 2007, CLINTON UDET PINCKERT, aimed a laser, into the cockpit area of an aircraft flying over the vicinity of East El Paso, Texas.

3.  On the evening of August 14, 2007, Complainant was contacted by FBI Supervisory Special Agent Ricardo J. Melendez via telephone. Complainant was informed that the El Paso Division pilot, SA Kirk Thomasson, had received information from the Federal Aviation Administration, El Paso International Airport Air Traffic Control Tower regarding a commercial aircraft being targeted with what appeared to be a green laser. The aircraft was flying in the area of East El Paso on the evening of August 14, 2007, at the time of the incident. Shortly after, SA Thomasson, while on duty in a government aircraft over the El Paso area, was subsequently target with a green laser.

4.  Agents from the El Paso Division responded to the area of Clint, Texas, the area believed to be the source of the laser. Agents located the source of laser at 305 McKinney, Clint, Texas, CLINTON UDET PINCKERT. PINCKERT indicated that he possessed a laser and had been shining the laser at flashing lights on aircraft passing overhead to wit did willfully interfere with, intent to endanger the safety of a person/persons or with a reckless disregard for the safety of human life, a person engaged in the authorized operation of such aircraft or any air navigation facility aiding in the navigation of any such aircraft; and did willfully interfere with a flight crew member or attendant on an aircraft in the special aircraft jurisdiction of the United States who, by assaulting or intimidating a flight crew member or flight attendant of the aircraft, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or attendant to perform those duties.

1