IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
AUG 20 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. EP:07-M-4032-G |
| | ) | |
| CLINTON UDET PINCKERT | ) | |

### ORDER REGARDING PROBABLE CAUSE HEARING

On August 20, 2007, a preliminary hearing was held in the above-captioned case. Defendant, CLINTON UDET PINCKERT, appeared with his attorney, Robert Perez, and the Government was represented by Assistant United States Attorney, Juanita Fielden.

After hearing the evidence and arguments of counsel, the Court finds that there is **no probable cause** to believe that Defendant, CLINTON UDET PINCKERT, committed one of the crimes alleged in the Complaint; that being, **Interference with flight crew** in violation of Title 49 U.S.C. § 46504.

**It is therefore ORDERED that the charge of interference with flight crew filed against CLINTON UDET PINCKERT, shall be, and it is hereby, DISMISSED.**

The Court does FIND that there **is sufficient probable cause to proceed** with the charge of destruction of aircraft in violation of 18 U.S.C. § 32(a)(5) in this cause.

SIGNED AND ENTERED on August 20, 2007.

NORBERT J. GARNEY
UNITED STATES MAGISTRATE JUDGE