A

**UNITED STATES DISTRICT COURT**
219 U.S. Courthouse
El Paso, Texas 79901



William G. Putnicki
Clerk of Court

December 26, 2007

Dr. David Briones
Texas Tech Medical Center at El Paso
4615 Alameda Ave.
El Paso, TX 79905

Re: EP-07-CR-2236-PRM
    U.S.A. vs. Clinton Udet Pinckert

    Attached for your information and necessary action is a certified copy of the Indictment and Order for Mental Examination in the above styled and numbered cause. To confirm, his appointment has been set for <u>February 14, 2008 at 8:00 a.m.</u>

    By copy of this letter, notice is hereby given to Mr. Robert J. Perez, Attorney for Mr. Clinton Udet Pinckert of the above appointment date and time. Mr. Perez is requested to please notify his client of the appointment date and time.

Sincerely,

Ruben Cabrera
Operations Specialist
(915) 534-6725, ext 222

Encl.: Order and indictment

cc:    Judge Philip R. Martinez
        U.S. Attorney
        Robert J. Perez, Attorney, 210 N. Campbell St., El Paso, TX 79901
        file