UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2008 MAR -5 PM 2:26

| UNITED STATES OF AMERICA, | § | SUPERSEDING |
| --- | --- | --- |
| Plaintiff, | § | INDICTMENT |
| v. | § | EP-07-CR-2236-PRM |
| CLINTON UDET PINCKERT, | § | [VIOLATION: |
| Defendant. | § | (Counts 1&2) 18:32 Destruction of an Aircraft |
| | § | (Count 3) 18:111(a)(1) and (b) - Assault.] |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(18 U.S.C. 32(a)(5) & (8)

On or about August 14, 2007, in the Western District of Texas, the defendant,

CLINTON UDET PINCKERT

did willfully interfere with and attempt to interfere with, J.N., who was engaged in the authorized operation of an aircraft in the special aircraft jurisdiction of the United States by shining a Class IIIb laser into the cockpit of said aircraft, with reckless disregard for the safety of human life, all in violation of Title 18 Section 32(a)(5) and (8).

## COUNT TWO
(18 U.S.C. 32(a)(5) & (8)

On or about August 14, 2007, in the Western District of Texas, the defendant,

CLINTON UDET PINCKERT

did willfully interfere with and attempt to interfere with, K.T., who was engaged in the authorized operation of an aircraft in the special aircraft jurisdiction of the United States by shining a Class IIIb

laser into the cockpit of said aircraft, with reckless disregard for the safety of human life, all in violation of Title 18 Section 32(a)(5) and (8).

### COUNT THREE
(18 U.S.C. 111(a)(1) and (b))

On or about August 14, 2007, in the Western District of Texas, the defendant,

CLINTON UDET PINCKERT

knowingly and by means and use of a dangerous weapon, that is a Class IIIb laser, did forcibly assault, resist, oppose, impede, intimidate, and interfere with K.T., a Federal Bureau of Investigation Agent employed by the United States Department of Justice, an agency and branch of the United States Government, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: *Juanita Fielden*
JUANITA FIELDEN
Assistant U.S. Attorney