IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. EP-07-CR-2236PRM |
| | § | |
| CLINTON UDET PINCKERT | § | |

NOTICE OF INTENT

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Notice of Intent informing the Court, and all parties involved, of the Government's intent to introduce into evidence, business records, at the trial of the above-named Defendants, via Self-Proving Affidavits, and would respectfully show the Court the following:

Pursuant to Fed.R.Crim.P. 802(6), it is the Government's intention to introduce into evidence business records obtained pursuant to administrative and/or trial subpoenas. Among the records that will be introduced, will be business records from the following:

El Paso MHMR
6500 Boeing Drive
El Paso, Texas

West Texas Community Supervision
7145 Industrial
El Paso, Texas.

These records were kept by an employee for that company in his or her regularly conducted course of business activity.

Pursuant to Fed.R.Crim.P. 902(11), the records will be introduced via a Self-Proving Affidavit from the Custodian of Record and/or an employee of that company having produced, maintained and/or kept the records in his or her regular course of business and in his or her capacity as an employee of that company.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:      /s/
JUANITA FIELDEN
Assistant U.S. Attorney
Texas Bar No. 06965600
700 E. San Antonio St., Ste. 200
El Paso, Texas 79901

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of May, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Robert Perez, 210 N. Campbell, El Paso, Texas 79901.

By:     /s/
JUANITA FIELDEN
Assistant U.S. Attorney