

*FILED*
2008 JUN 18 PM 12:07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS
511 EAST SAN ANTONIO, COURTROOM 2
EL PASO, TEXAS 79901
(915) 534-6736

Chambers of
**PHILIP R. MARTINEZ**
United States District Judge

June 18, 2008

*VIA FACSIMILE*

> *915/532-2041*
> Robert J. Perez
> 210 N. Campbell St.
> El Paso, TX 79901

Re:    *United States v. Clinton Udet Pinckert,* EP-07-CR-2236-PRM

Mr. Perez:

Given the Court's trial docket for the week of July 21, 2008, I will require the defendant to meet the following deadlines if he intends to plead guilty in order to receive all merited adjustments. In a case where a plea agreement will be filed, I will require that said plea agreement be filed no later than July 11, 2008. In a case where no plea agreement will be filed, I will require the defendant to give written notice to the Court of his intent to plead guilty no later than July 11, 2008, and to complete the plea hearing before the scheduled date of jury selection. If the defendant fails to meet these requirements, he will not receive all merited adjustments. If your client decides to enter a plea of guilty, please fax a written request for a plea setting to chambers (915-534-6715) by no later than July 11, 2008, so that the Court may provide you with a plea date. In addition, I will require that any motions in limine, questions and instructions which can be reasonably anticipated, and any and all matters which you wish the Court to consider be filed no later than July 18, 2008. Please feel free to contact me if you have any questions or concerns.

Sincerely,

Philip R. Martinez

PRM:kck

cc:    Juanita Felden            Rose Silva-Ruckel
       *VIA FACSIMILE*           *VIA FACSIMILE*
       915/534-6024              915/585-6521