IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA )
 )
V. ) NO. EP-07-CR-2236-PRM
 )
CLINTON UDET PINCKERT )

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the case against Defendant **CLINTON UDET PINCKERT**. The Defendant **CLINTON UDET PINCKERT** has died.

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: *Juanita Fielden*
JUANITA FIELDEN
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

UNITED STATES DISTRICT JUDGE

DATE: October 17, 2008